Cheryl K. DOLAN and Laurie A. Mifflin, Respondents,

v.

COUNTY COMMISSION OF JOHNSON COUNTY, Missouri and William Brenner, Bob Banes, Scott Sader, Appellants.

No. WD 65949.

Missouri Court of Appeals, Western District.

May 30, 2006.

Sloan M. Pye and Mary A. Young, Warrensburg, MO, for appellants.

Weldon W. Perry, Jr., Lexington, MO, for respondents.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH, and JAMES M. SMART, JJ.

## ORDER

PER CURIAM.

The Johnson County Commission (Commission) and individual county commissioners appeal an amended circuit court judgment which granted the summary judgment motion filed by the county auditor and recorder of deeds with respect to a dispute over pay increases for their staff members.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).